UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONNA C. DARDEN, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-CV-1737 |
| | § | |
| SIMPLICITY FINANCIAL MARKETING, INC., | § | |
|    *Defendant*. | § | |

# FINAL JUDGMENT

In accordance with the Memorandum and Order issued this day granting Defendant's Motion for Summary Judgment, this case is dismissed with prejudice in its entirety.

Signed on November 18, 2019, at Houston, Texas.

*[signature]*
Christina A. Bryan
United States Magistrate Judge